

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2018

No. 04-17-00733-CV

**IN THE INTEREST OF A.L., CHILDREN**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00153
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to February 27, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court